IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARCHIE D. THOMPSON,

  Plaintiff,

vs.

MEMORIAL HOSPITAL OF CARBONDALE and JACKSON COUNTY AMBULANCE SERVICE,

  Defendants.

CIVIL NO. 04-4162-GPM

FILED MAR 0 2 2007, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS, BENTON OFFICE

## JUDGMENT

Plaintiff's claims against Defendant Jackson County Ambulance Service have been dismissed on the merits. Judgment is entered in favor of Jackson County Ambulance Service and against Plaintiff.

Plaintiff's disparate treatment claims against Defendant Memorial Hospital of Carbondale regarding training opportunities, denial of supervisor status, hostile environment, constructive discharge, and retaliation have been dismissed on the merits. On these claims, Judgment is entered in favor of Memorial Hospital of Carbondale and against Plaintiff.

Plaintiff's disciplinary disparate treatment claim against Memorial Hospital of Carbondale came on for trial before the Court and a jury, Honorable G. Patrick Murphy, Chief District Judge, presiding. The issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Archie D. Thompson recover of the Defendant Memorial Hospital of Carbondale the sum of $500,000, and his costs of action.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice.

NORBERT G. JAWORSKI, CLERK

03/02/07
*Date*

By: /s/ Brenda K. Lowe
*Deputy Clerk*

Approved: /s/ G. Patrick Murphy
Chief United States District Judge

EOD: 3/2/07