IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCHIE D. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 04-4162-GPM |
| | ) |
| MEMORIAL HOSPITAL OF CARBONDALE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

# AMENDED JUDGMENT IN A CIVIL CASE

Plaintiff's claims against Defendant Jackson County Ambulance Service have been dismissed on the merits. Judgment is entered in favor of Jackson County Ambulance Service and against Plaintiff.

Plaintiff's disparate treatment claims against Defendant Memorial Hospital of Carbondale regarding training opportunities, denial of supervisor status, hostile environment, constructive discharge, and retaliation have been dismissed on the merits. On these claims, Judgment is entered in favor of Memorial Hospital of Carbondale and against Plaintiff.

Plaintiff's disciplinary disparate treatment claim against Memorial Hospital of Carbondale came on for trial before the Court and a jury, Honorable G. Patrick Murphy, Chief District Judge, presiding. The issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Archie D. Thompson recover of the Defendant Memorial Hospital of Carbondale the sum of $250,000 as compensatory damages and his costs of action, together with post-judgment interest on the compensatory

damages award to run from March 2, 2007, at the rate of 5.05%, computed daily to the date of payment and compounded annually.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

**DATED**: May 2, 2011

NANCY J. ROSENSTENGEL, CLERK

By: /s/ Linda M. McGovern
Deputy Clerk

APPROVED: /s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE